Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RUBEN GONZALEZ, | )<br>) |
| Plaintiff, | ) CASE NO. 2:20-cv-01772-VCF<br>) |
| v. | )<br>) **CONSENT MOTION**<br>) **FOR EXTENSION OF TIME TO FILE**<br>) **PLAINTIFF'S BRIEF** |
| ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY, | )<br>)<br>) |
| Defendant. | )<br>) |

Plaintiff, Ruben Gonzalez, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed May 13, 2021.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. This, prevents counsel from preparing a proper and meritorious brief. Plaintiff requests this time to allow for review of the record and proper preparation of Plaintiff's Brief. Wherefore, Plaintiff requests an extension from May 13, 2021 up to and including July 12, 2021 to file his brief.

Counsel for the Plaintiff has conferred with defendant's counsel who kindly has no objection to this request.

Dated this 10th day of May, 2021.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, May 10, 2021, by CMECF to Allison Cheung, who is a filing user of the CMECF system.

*/s/Hal Taylor*
Hal Taylor, Esq.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

5-18-2021
Dated:_____