AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RUBEN GONZALEZ

           Plaintiff,

v.

Commissioner of Social Security,

           Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-01772-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Plaintiff Ruben Gonzalez, and against Defendant Commissioner of Social Security. The Olinsky Law Group is awarded attorney fees pursuant to 28 U.S.C.A § 2412 in the amount of $5,100.00.

12/17/2021
Date

DEBRA K. KEMPI
Clerk

/s/ Y.Williams
Deputy Clerk